# UNITED STATES DISTRICT COURT

## District of Minnesota

Sara Tsehaye,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00462-PJS-JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner’s petition for habeas corpus [ECF No. 1] is GRANTED.
2. If petitioner is in Minnesota, respondents must immediately release petitioner from custody. If petitioner is not in Minnesota, respondents must immediately return petitioner to Minnesota and, after she arrives, immediately release her from custody.
3. The remainder of petitioner’s petition is DENIED WITHOUT PREJUDICE.

Date: 1/29/2026

KATE M. FOGARTY, CLERK